

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

MICHAEL A. CARDOZO
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

BROOKE BIRNBAUM
*Assistant Corporation Counsel*
(212) 676-1347
(212) 788-9776 (fax)
bbirnbau@law.nyc.gov

October 31, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

**BY HAND**
Honorable Harold Baer
United States District Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Ahmed Bassett v. City of New York</u> 07-cv-08695 (HB)

Your Honor:

      As the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the above-referenced matter, I write to respectfully request that the Court grant defendant City of New York a sixty (60) day enlargement of time to and including December 28, 2007 in which to respond to the complaint. Plaintiff's counsel, Mr. Gary Fish, consents to this request.

      Plaintiff brings this action pursuant to 42 U.S.C. §1983 alleging, *inter alia* that on February 3, 2005, he was falsely arrested and subsequently charged with receiving stolen merchandise. According to plaintiff, on May 18, 2005, the charges against him were dismissed. Based on the foregoing, it is necessary for defendant City of New York to acquire as much information as possible concerning this matter in order to properly assess the case and respond to the complaint. Currently, this office is in the process of forwarding to plaintiff for execution, a consent and authorization for the release of records sealed pursuant to New York Criminal Procedure Law § 160.50. Defendant cannot obtain these records without plaintiff's authorization, and without the records, defendant cannot properly assess this case or respond to the complaint.

      No previous request for an enlargement of time has been made. Accordingly, it is respectfully requested that defendants' time to respond to the complaint be extended to and including December 28, 2007.

I thank Your Honor for considering the within request.

Respectfully submitted,

Brooke B.

Brooke Birnbaum (BB 8338)
Assistant Corporation Counsel

cc:  Mr. Gary Fish, Esq. (By Fax)

I presume you have now completed the process + that unless send release + assignment that has done + mailed by today 11/5/07 I will quit on the 60 days to indict 11/28 + will not have a PTC if not already scheduled on January 3, 08 at 3 PM

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 11/05/07

- 2 -

Endorsement:

    I presume you have now completed "the process" that will send release and assuming that was done and mailed today 11/5/07 I will give you the 60 days and until 12/28 we will have a PTC if not already scheduled on January 3, 2008 at 3:00 P.M.