UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

AHMED A. BASSETT,

                                                       **NOTICE OF APPEARANCE**

                       Plaintiffs,

                                                  07-cv-08695 (HB) (MHD)

                -against-

THE CITY OF NEW YORK

                                      Defendant.
-------------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that **Morgan D. Kunz**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel Brooke Allyson Birnbaum, effective July 1, 2008.

Dated: New York, New York
         July 3, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel, City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street, Room 3-195
                                              New York, New York 10007
                                              (212) 788-0422

                                         By:      /s/
                                                   Morgan D. Kunz
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division

To:    Gary Stuart Fish, Esq.
         Attorney for Plaintiff
         15 Maiden Lane
         Suite 1108
         New York, NY 10038 (By ECF)

Index No. 07-cv-08695 (HB)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| AHMED A. BASSETT,<br><br>                                                                                          Plaintiffs,<br><br>                            -against-<br><br>THE CITY OF NEW YORK<br><br>                                                                                          Defendant. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>    *Attorney for Defendants City of New York*<br>    *100 Church Street*<br>    *New York, New York  10007*<br><br>    *Of Counsel:  Morgan D. Kunz*<br>    *Tel:  (212) 788-0422*<br>    *NYCLIS No. 2007-031491* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y........................................................................................, 200...*<br><br>*..................................................................................................... Esq.*<br><br>*Attorney for............................................................................................* |